In the Matter of STATE OF NEW YORK, Respondent, v CARLOS A., Appellant.

Submitted January 30, 2017; decided March 28, 2017

Motion for leave to appeal dismissed upon the ground that movant is not a party aggrieved (*see* CPLR 5511). Motion for poor person relief dismissed as academic.